DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN SAVAGE** and **JESSICA SAVAGE,**
Appellants,

v.

**AZURE ESTATES FL TC, LP,**
Appellee.

No. 4D21-248

[May 27, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sandra Basso-Pardo, Judge; L.T. Case Nos. 50-2019-AP-000197-CA-XXMB and 50-2019-CC-015078-XXXX-MB.

Malik Leigh of Watson Leigh, P.A., Pompano Beach, for appellants.

Katina M. Hardee of Fowler White Burnett, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***